**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:**

**LRB Nurses Registry, Inc.,**

         **Debtor.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **Chapter 11**

      **Case No. 14-42616 (CEC)**

## ORDER DISMISSING CHAPTER 11 CASE WITH PREJUDICE

Based upon the hearing held before this Court on November 5, 2014 (the "Hearing"), and the application of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") for conversion to chapter 7 or dismissal of this chapter 11 case (the "UST Motion"), and upon the cross-motion of the Administrators of the Estate of Leyland Benn (the "Benn Estate") for the dismissal of this chapter 11 case with prejudice (the "Benn Cross-Motion"), and it appearing that appropriate notice has been given, and cause existing for the relief requested in the UST Motion and the Benn Cross-Motion, as set forth in the record of the Hearing, it is

ORDERED, that the case commenced by the Debtor under Chapter 11 of the Bankruptcy Code is hereby dismissed with prejudice for cause pursuant to 11 U.S.C. §1112(b); and it is further

ORDERED, that**, *in accordance with the decision read into the record at the Hearing, (CEC)*** the Debtor is barred from filing another bankruptcy case in any court for a period of 180 days from the entry of this order without prior leave of this Court

obtained on prior written notice on counsel to the United States Trustee, the Benn Estate, and all parties who had filed notices of appearance in this case; and it is further

~~ORDERED, that the Debtor may not file another bankruptcy case within the 180-day period without leave of this court, in accordance with the decision on the record of November 5, 2014; and it is further~~ *(CEC)*

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 and any applicable interest pursuant to 31 U.S.C. § 3717 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.



**Dated: Brooklyn, New York**
**November 21, 2014**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**